1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical)* ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

**ALVERSON, TAYLOR,**
**MORTENSEN & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com

*Attorneys for Plaintiff*
*VoIP-Pal.com, Inc.*

Of Counsel:

**MALEK MOSS PLLC**
KEVIN N. MALEK, ESQ.
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

&ast;   &ast;   &ast;

VOIP-PAL.COM, INC., a Nevada corporation,

  *Plaintiff*,

v.

AMAZON.COM, INC., a Delaware
corporation; AMAZON TECHNOLOGIES,
INC., a Nevada corporation; and AMAZON
LAB126,

  *Defendants*.

CASE NO.:  2:18-cv-01076

**JURY TRIAL DEMANDED**

## COMPLAINT

  Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal"), for its Complaint against Defendants

Amazon.com, Inc. ("Amazon Inc."), Amazon Technologies, Inc. ("Amazon Technologies") and

Amazon Lab126 ("Amazon Lab126" and together with Amazon Inc. and Amazon Technologies

collectively referred to as the "Defendants") hereby alleges as follows:

1

**PARTIES**

1.      Plaintiff VoIP-Pal is a Nevada corporation with its principal place of business located at 10900 NE 4th Street, Suite 2300, Bellevue, Washington 98004.

2.      Defendant Amazon.com, Inc. is a Delaware corporation with its principal place of business at 410 Terry Avenue N, Seattle, Washington 98109-5210. On information and belief, Amazon Inc. regularly conducts and transacts business in the District of Nevada and throughout the United States, and, as set forth below, has committed and continues to commit, tortious acts of patent infringement within the District of Nevada.

3.      Defendant Amazon Technologies, Inc. is a Nevada corporation with its principal place of business at 410 Terry Avenue N, Seattle, Washington 98109-5210. On information and belief, Amazon Technologies regularly conducts and transacts business in the District of Nevada and throughout the United States, and, as set forth below, has committed and continues to commit, tortious acts of patent infringement within the District of Nevada.

4.      Defendant Amazon Lab126 is a business entity with its principal place of business at 1100 Enterprise Way, Sunnyvale, California 94089. On information and belief, Amazon Lab126 regularly conducts and transacts business in the District of Nevada and throughout the United States, and, as set forth below, has committed and continues to commit, tortious acts of patent infringement within the District of Nevada.

**NATURE OF THE ACTION**

5.      This is a civil action for infringement of United States Patent No. 9,537,762 (the " '762 Patent"), United States Patent No. 9,813,330 (the " '330 Patent"), United States Patent No. 9,826,002 (the " '002 Patent"), and United States Patent No. 9,948,549 (the " '549 Patent" and together with the '762 Patent, the '330 Patent and the '002 Patent, the "Patents-in-Suit") under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.     This Court has personal jurisdiction over Defendants because, among other things, Defendants have committed, aided, abetted, contributed to, and/or participated in the commission of patent infringement in this judicial district and elsewhere that led to foreseeable harm and injury to VoIP-Pal.

8.     This Court also has personal jurisdiction over Defendants because, among other things, Defendants have established minimum contacts within the forum such that the exercise of jurisdiction over Defendants will not offend traditional notions of fair play and substantial justice. Moreover, Defendants have placed products and provided services that practice the claimed inventions of the Patents-in-Suit into the stream of commerce with the reasonable expectation and/or knowledge that purchasers and users of such products and services were located within this District. Defendants have sold, advertised, marketed, distributed and made available products and services in this District that practice the claimed inventions of the Patents-in-Suit. Further, upon information and belief, Defendants have induced and/or are inducing third parties to make, use, sell, offer for sale, import and/or distribute products and services that practice the claimed inventions of the Patents-in-Suit.

9.     Upon information and belief, Defendants have engaged in actions constituting patent infringement of the Patents-in-Suit collectively and jointly with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences relating to the making, using, importing into the United States, offering for sale, or selling of the same accused products, systems, processes and/or Accused Instrumentalities as described herein. Moreover, upon

/ / /

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY., STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

information and belief, there are questions of fact common to all Defendants that will arise in the action.

10.     Venue is proper in this district pursuant to 28 U.S.C. § 1400(b).

## BACKGROUND OF THE TECHNOLOGY AND THE PATENTS-IN-SUIT

11.     United States Patent No. 9,537,762 (the "'762 Patent") entitled "Producing Routing Messages For Voice Over IP Communications" was duly and legally issued by the United States Patent and Trademark Office on January 3, 2017. A copy of the '762 Patent is attached hereto as Exhibit 1.

12.     United States Patent No. 9,813,330 (the "'330 Patent") entitled "Producing Routing Messages For Voice Over IP Communications" was duly and legally issued by the United States Patent and Trademark Office on November 7, 2017. A copy of the '330 Patent is attached hereto as Exhibit 2.

13.     United States Patent No. 9,826,002 (the "'002 Patent") entitled "Producing Routing Messages For Voice Over IP Communications" was duly and legally issued by the United States Patent and Trademark Office November 21, 2017. A copy of the '762 Patent is attached hereto as Exhibit 3.

14.     United States Patent No. 9,948,549 (the "'549 Patent") entitled "Producing Routing Messages For Voice Over IP Communications" was duly and legally issued by the United States Patent and Trademark Office on April 17, 2008. A copy of the '549 Patent is attached hereto as Exhibit 4.

15.     The '762 Patent, '330 Patent, '002 Patent and '549 Patent are collectively referred to herein as the "Patents-In-Suit".

16.     The inventions of the Patents-In-Suit originated from breakthrough work and development in the internet protocol communications field.

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

4

17.     Internet protocol (IP) communications commonly involve personal computers (PCs), phones, and other devices, sending and receiving various types of communication in various formats (e.g., audio, video, text, and other data formats), for example, over local and wide area networks between client and server devices.

18.     Furthermore, IP communication systems and methods may involve communication within or between IP networks, and between an IP network and external networks, such as the public switched telephone network (PSTN) including cellular networks for mobile devices.

19.     Processing and routing such communications preferably requires resilience, reliability, high availability and flexibility in routing the communications within and between networks.

20.     VoIP-Pal has provided significant improvements to communications technology by the invention of novel methods, processes and apparatuses that facilitate communications between internet protocol based systems and networks, such as internally controlled systems and external networks (e.g., between private networks and public networks), including the classification and routing thereof.

21.     The Patents-In-Suit represent fundamental advancements to the art of internet protocol (IP) based communication, including improved functioning, routing and reliability for communications over the internet.

22.     For example, claim 1 of the '762 Patent recites:

A method of routing communications in a system in which a first participant identifier is associated with a first participant registered with the system and wherein a second participant identifier is associated with a second participant, the first participant being associated with a first participant device operable to establish a communication using the system to a second participant device associated with the second participant, the system comprising at least one processor operably configured to execute program code stored in at least one memory, the method comprising:

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

in response to the first participant device initiating the communication to the second participant device, receiving the first participant identifier and the second participant identifier from the first participant device;

using the first participant identifier to locate, via the at least one processor, a first participant profile from among a plurality of participant profiles that are stored in a database, the first participant profile comprising one or more attributes associated with the first participant;

processing the second participant identifier, via the at least one processor, based on at least one of the one or more attributes from the first participant profile, to produce a new second participant identifier;

classifying the communication, via the at least one processor, using the new second participant identifier, as a first network communication if a first network classification criterion is met and as a second network communication if a second network classification criterion is met;

when the first network classification criterion is met, producing, via the at least one processor, a first network routing message, the first network routing message identifying an address in the system, the address being associated with the second participant device;

and when the second network classification criterion is met, producing, via the at least one processor, a second network routing message, the second network routing message identifying an address associated with a gateway to a network external to the system, wherein the second network classification criterion is met if the second participant is not registered with the system.

23.     For example, claim 1 of the '330 Patent recites:

A method for routing a communication in a communication system between an Internet-connected first participant device associated with a first participant and a second participant device associated with a second participant, the method comprising:

in response to initiation of the communication by the first participant device, receiving, by a controller comprising at least one processor, over an Internet protocol (IP) network a first participant identifier and a second participant identifier;

causing the at least one processor to access at least one database comprising user profiles using the first participant identifier, each user profile comprising a respective plurality of attributes for a respective user, to locate a user profile for the first participant including a plurality of first participant attributes;

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

comparing at least a portion of the second participant identifier, using the at least one processor, with at least one of the plurality of first participant attributes obtained from the user profile for the first participant;

causing the at least one processor to access the at least one database to search for a user profile for the second participant;

classifying the communication, based on the comparing, as a system communication or an external network communication, using the at least one processor;

when the communication is classified as a system communication, producing a system routing message identifying an Internet address of a communication system node associated with the second participant device based on the user profile for the second participant, using the at least one processor, wherein the system routing message causes the communication to be established to the second participant device; and

when the communication is classified as an external network communication, producing an external network routing message identifying an Internet address associated with a gateway to an external network, using the at least one processor, wherein the external network routing message causes the communication to the second participant device to be established using the gateway to the external network.

24.     For example, claim 1 of the '002 Patent recites:

A method of routing a communication in a communication system between an Internet-connected first participant device associated with a first participant and a second participant device associated with a second participant, the method comprising:

in response to initiation of the communication by the first participant device, receiving, by a controller comprising at least one processor, over an Internet protocol (IP) network a first participant identifier and a second participant identifier, the second participant identifier being associated with the second participant device;

causing the at least one processor to access a database comprising user profiles, using the first participant identifier, each user profile associating a respective plurality of attributes with a respective user, to locate a plurality of first participant attributes;

processing the second participant identifier, using the at least one processor, based on at least one of the plurality of first participant attributes obtained from a user profile for the first participant, to produce a new second participant identifier;

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

classifying the communication, based on the new second participant identifier, as a system communication or an external network communication, using the at least one processor;

when the communication is classified as a system communication, producing a system routing message identifying an Internet address associated with the second participant device, using the at least one processor, wherein the system routing message causes the communication to be established to the second participant device; and

when the communication is classified as an external network communication, producing an external network routing message identifying an Internet address associated with a gateway to an external network, using the at least one processor, wherein the external network routing message causes the communication to the second participant device to be established using the gateway to the external network.

25.     For example, claim 1 of the '549 Patent recites:

A method of routing a communication in a communication system between an Internet-connected first participant device associated with a first participant and a second participant device associated with a second participant, the method comprising:

causing at least one processor to access at least one memory storing a first participant profile identifying at least one first participant attribute;

receiving, by the at least one processor, a second participant identifier inputted by the first participant using the first participant device to initiate a communication, the second participant identifier being associated with the second participant device;

processing the second participant identifier, based on the at least one first participant attribute obtained from the first participant profile, to produce a new second participant identifier;

classifying the communication as a system communication or an external network communication;

when the communication is classified as a system communication, producing a system routing message, based on the new second participant identifier, that identifies an Internet Protocol (IP) address of a network element through which the communication is to be routed thereby causing the communication to be established to the second participant device; and

when the communication is classified as an external network communication, producing an external network routing message, based on the new second participant identifier, that identifies an address associated with a

gateway to an external network thereby causing the communication to the second participant device to be established by use of the gateway to the external network.

26.     VoIP-Pal is the sole owner and assignee of the entire right, title and interest in the '762 Patent, the '330 Patent, the '002 Patent and the '549 Patent and has the right to sue and recover damages for any current or past infringement of the '762 Patent, the '330 Patent, the '002 Patent and the '549 Patent.

## OVERVIEW OF THE ACCUSED INSTRUMENTALITIES

27.     Each of the instrumentalities described herein made, used, sold and/or offered for sale by Defendants comprises systems and devices relating to and supporting communications, including calling and messaging, using devices, computers, servers, systems and methods used by, operated by and performed by Defendants (the "Amazon Alexa Calling and Messaging System"). *See*, e.g., Amazon product description entitled "Alexa Calling & Messaging" (https://www.amazon.com/b?node=16713667011).

28.     Amazon Alexa and Alexa For Business devices that support the Amazon Alexa Calling and Messaging System include at least the Amazon Echo, Echo Plus, Echo Dot, Echo Spot, Echo Show, Echo Connect, Amazon Tap, 4th Generation and later Amazon Fire devices with Alexa support, Android mobile phones and tablets with the Alexa app and software version 5.0 or higher, and Apple iOS mobile phones and tablets with the Alexa app and software version 9.0 or higher (collectively, "Amazon Alexa Calling Devices").

29.     The Amazon Alexa Calling and Messaging System allows Amazon Alexa Calling Devices to initiate a call or a voice message between a first participant, and a second participant, using its system.  The second participant may be an Amazon Alexa Calling and Messaging System subscriber or a non-subscriber.  A profile that includes attributes is used as part of the process that classifies a call or message. On information and belief, Defendants also provide third parties with software development kits (SDK), application programming interface (API), code

ALVERSON, TAYLOR, MORTENSEN & SANDERS

LAWYERS
6605 GRAND MONTECITO PKWY., STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

samples, hardware reference designs and/or other technical information to facilitate the third parties using the Amazon Alexa Calling and Messaging System or integrating Alexa-related technologies into their own network products (e.g., *see* "Alexa Voice Service" and "Alexa-Enabled Product" documentation at https://developer.amazon.com/alexa-voice-service).  On information and belief, Defendants promote and license the Amazon Alexa Platform to third parties for use in the third parties' products on terms which support and enhance the Amazon Alexa Calling and Messaging System (e.g., *see* https://developer.amazon.com/support/legal/alexa/alexa-voice-service/terms-and-agreements), leading some third parties to integrate or apply Alexa communication features in their products (e.g., *see* article dated April 21, 2018 entitled "Voice Calls Are Coming to Third-Party Alexa Gadgets" at https://www.tomsguide.com/us/-alexa-gadgets-voice-calls,news-27036.html).

### <u>COUNT I</u>

### Infringement Of The '762 Patent

### (against all Defendants)

30.     Paragraphs 1 through 29 are incorporated by reference as if fully stated herein.

31.     Defendants, either alone or in conjunction with others, have infringed and continue to infringe, both directly and indirectly, one or more claims of the '762 Patent, including at least exemplary claim 1, under 35 U.S.C. § 271, either literally and/or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States at least certain methods, apparatuses, products and services used for communication, including, without limitation, the Amazon Alexa Calling and Messaging System, the Amazon Alexa Calling Devices, Amazon Alexa software and/or methods employed thereby (collectively, "the '762 Accused Instrumentalities").

32.     For example, Defendants infringe exemplary claim 1 of the '762 Patent by

ALVERSON, TAYLOR, MORTENSEN & SANDERS

LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

making, using, offering to sell, selling and/or importing into the United States at least the '762 Accused Instrumentalities, which '762 Accused Instrumentalities provide, use and/or comprise a method for routing communications in a system:

- in which a first participant identifier is associated with a first participant registered with the system and wherein a second participant identifier is associated with a second participant (e.g., The Amazon Alexa Calling and Messaging System is a system that allows Amazon Alexa Calling Devices to place calls and send voice and text messages to other users. In order to send communications, the Amazon Alexa Calling Device must be registered), the first participant being associated with a first participant device operable to establish a communication using the system to a second participant device associated with the second participant, the system comprising at least one processor operably configured to execute program code stored in at least one memory, the method comprising (e.g., Amazon Alexa Calling and Messaging allows calling and messaging to registered devices anywhere in the world, and to devices on the PSTN within the United States, Canada and Mexico for voice calls and over SMS to any destination with an associated cellular device. The Amazon Alexa Calling and Messaging system performs a method of routing communications in a system comprising an Amazon Server network.  The first participant has a registered and subscribed Amazon Alexa Calling Device. A second participant device may be a registered and subscribed Amazon Alexa Calling Device, or it may be a telephone accessible over the PSTN including cellular devices. Amazon Alexa Calling and Messaging allows

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

Amazon Alexa Calling Devices to make calls and send messages including text, audio, video and images to other users (i.e., second participants). The Amazon Alexa Calling and Messaging System comprises at least one processor, for example, in one or more Amazon Servers, that, on information and belief, are operably configured to execute program code stored in a memory):

- in response to the first participant device initiating the communication to the second participant device, receiving the first participant identifier and the second participant identifier from the first participant device (e.g., a call or message is initiated by the user of the Amazon Alexa Calling Device (i.e., the first participant) entering information identifying the receiver/recipient (i.e., the second participant identifier), which may include an Amazon Alexa Calling Device identifier (ID) or other ID of the second participant, such as a phone number. The Amazon Alexa Calling and Messaging System receives a first participant ID and a second participant ID in response to initiation of a call or message by the first participant device, which is an Amazon Alexa Calling and Messaging subscriber device. The Amazon Alexa Calling and Messaging System may include one or more Amazon Servers, which comprise at least one processor.);

- using the first participant identifier to locate, via the at least one processor, a first participant profile from among a plurality of participant profiles that are stored in a database, the first participant profile comprising one or more attributes associated with the first participant (e.g., one or more

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

12

Amazon Servers locate(s) a first participant profile using the first participant ID from a database storing a plurality of participant profiles. The first participant profile contains a plurality of attributes associated with the first participant. A profile including attributes includes information used in the classification of a call or message, such as settings stored within the Amazon Alexa Calling and Messaging System, and/or information obtained regarding the connection of the caller device to the network, such as the specific user's Amazon Alexa Calling Device. Other attributes associated with the caller may include the caller's contact list obtained from the caller's Amazon Alexa Calling Device app that is used to initially enable Alexa Calling and Messaging, or the caller's address book as set up by an administrator.);

- processing the second participant identifier, via the at least one processor, based on at least one of the one or more attributes from the first participant profile, to produce a new second participant identifier (e.g., the Amazon Alexa Calling and Messaging System processes the receiver ID via the at least one processor based on at least one of the one or more attributes from the sender profile, to produce a new receiver ID. For example, if the second participant identifier is the name of the second participant, and the first participant's attributes do not indicate that the second participant is an Amazon Alexa Calling and Messaging System subscriber, then, the new second participant identifier may be a phone number associated with the second participant. Alternatively, if the second participant identifier identifies an Amazon Alexa Calling and Messaging System subscriber,

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

then the new second participant identifier may be the user's internal Amazon Alexa Calling Device identifier. Also, the processing of a new second participant identifier may be based on the second participant's device not being blocked. Another example of the first participant's attributes being used to determine a new second participant identifier may involve the use of the first participant's attributes to interpret the second participant's identifier. For example, if the first participant's attributes indicate that the second participant has an international phone number outside of the US, Canada or Mexico, the new second participant identifier may be processed as a "Blocked Number".);

- classifying the communication, via the at least one processor, using the new second participant identifier, as a first network communication if a first network classification criterion is met and as a second network communication if a second network classification criterion is met (e.g., the Amazon Alexa Calling and Messaging System allows calls to be made and voice and text messages to be sent either within the Amazon Alexa Calling and Messaging System or as a second network communication, for example, using an external network such as the PSTN. The Amazon Alexa Calling and Messaging System classifies the communication with the at least one processor using the new second participant identifier as either an Amazon Alexa Calling and Messaging System call or a second network communication, based on a first network classification criterion or a second network classification criterion. For example, the Amazon Alexa Calling and Messaging System classifies the call using the Amazon

14

ALVERSON, TAYLOR, MORTENSEN & SANDERS

LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

Server(s) as a first network communication when the processing to produce the new second participant identifier indicates that at least the second participant device is an Amazon Alexa Calling Device, and classifies it as a PSTN call (i.e., a "second network communication") when the receiver device is not an Amazon Alexa Calling Device.);

- when the first network classification criterion is met, producing, via the at least one processor, a first network routing message, the first network routing message identifying an address in the system, the address being associated with the second participant device (e.g., when the communication is classified as a first network or system communication, a network routing message is produced, using the at least one processor in the Amazon Alexa Calling and Messaging System, identifying an address in the Amazon Alexa Calling and Messaging System associated with the second participant device.);

- and when the second network classification criterion is met, producing, via the at least one processor, a second network routing message, the second network routing message identifying an address associated with a gateway to a network external to the system, wherein the second network classification criterion is met if the second participant is not registered with the system (e.g., when the communication is classified as an second network or external communication, a second network routing message is produced using the at least one processor in the Amazon Alexa Calling and Messaging System, identifying an address outside of the Amazon Alexa Calling and Messaging System (e.g., a telephone number for the

15

second participant device, or alternatively, an address of a gateway to the PSTN). The identified address outside of the Amazon Alexa Calling and Messaging System is an address associated with a gateway to a network outside of the Amazon Alexa Calling and Messaging System, e.g., the PSTN telephone network.  In the case of a voice message to an external device, a cellular phone associated with the first participant is used to send an SMS message containing the transcribed message and a link to the audio message over a cellular network.).

33.     On information and belief, Defendants have had knowledge of the '762 Patent since at least April 12, 2018 when VoIP-Pal issued a press release announcing the issuance of the '762 Patent, and also by written correspondence dated June 11, 2018, identifying and enclosing the Patents-in-Suit.

34.     Despite knowledge and notice of the '762 Patent and their infringement of that patent, Defendants have continued to make, use, sell and offer to sell the '762 Accused Instrumentalities in the United States. Accordingly, Defendants' infringement has been and continues to be willful.

35.     Defendants have induced infringement, and continue to induce infringement, of one or more claims of the '762 Patent under 35 U.S.C. § 271(b). Defendants actively, knowingly, and intentionally induced, and continue to actively, knowingly and intentionally induce infringement of the '762 Patent by selling or otherwise making available and/or supplying the '762 Accused Instrumentalities; with the knowledge and intent that third parties will use the '762 Accused Instrumentalities supplied by Defendants to infringe the '762 Patent; and with the knowledge and intent to encourage and facilitate third party infringement through the dissemination or application of the '762 Accused Instrumentalities and/or the creation and

dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the '762 Accused Instrumentalities.

36.     Defendants specifically intended and were aware that the ordinary and customary use of the '762 Accused Instrumentalities would infringe the '762 Patent. For example, Defendants sell, use, make available and provide the '762 Accused Instrumentalities, which when used in their ordinary and customary manner intended by Defendants, infringe one or more claims of the '762 Patent, including at least exemplary claim 1.  Upon information and belief, Defendants further provide product manuals, software development kits (SDK), application programming interfaces (API), code samples, hardware reference designs and other technical information that cause Defendants' customers and other third parties to use and to operate the '762 Accused Instrumentalities for their ordinary and customary use. Defendants' customers and other third parties have directly infringed the '762 Patent, including at least exemplary claim 1, through the normal and customary use of the '762 Accused Instrumentalities. By providing instruction and training to customers and other third parties on how to use the '762 Accused Instrumentalities in an infringing manner, Defendants specifically intended to induce infringement of the '762 Patent, including at least exemplary claim 1. Defendants accordingly have induced and continue to induce Defendants' customers, third parties and other users of the '762 Accused Instrumentalities in their ordinary and customary way to infringe the '762 Patent, knowing, or at least being willfully blind to the fact, that such use constitutes infringement of the '762 Patent.

37.     VoIP-Pal has been and continues to be damaged by Defendants' infringement of the '762 Patent.

38.     Defendants' conduct in infringing the '762 Patent renders this case exceptional within the meaning of 35 U.S.C. § 285.

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

17

**COUNT II**

**Infringement Of The '330 Patent**

**(against all Defendants)**

39.     Paragraphs 1 through 38 are incorporated by reference as if fully stated herein.

40.     Defendants, either alone or in conjunction with others, have infringed and continue to infringe, both directly and indirectly, one or more claims of the '330 Patent, including at least exemplary claim 1, under 35 U.S.C. § 271, either literally and/or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States at least certain methods, apparatuses, products and services used for communication, including, without limitation, the Amazon Alexa Calling and Messaging System, the Amazon Alexa Calling Devices, Amazon Alexa software and/or methods employed thereby (collectively, "the '330 Accused Instrumentalities").

41.     For example, Defendants infringe exemplary claim 1 of the '330 Patent by making, using, offering to sell, selling and/or importing into the United States at least the '330 Accused Instrumentalities, which '330 Accused Instrumentalities comprise a method for routing a communication in a system:

- between an Internet-connected first participant device associated with a first participant and a second participant device associated with a second participant, the method comprising (e.g., The Amazon Alexa Calling and Messaging System comprises at least one or more Amazon Servers. The Amazon Alexa Calling and Messaging System allows Amazon Alexa Calling Devices to place audio and video calls and to send voice and text messages to other Amazon Alexa Calling Devices and to other users. The Amazon Alexa Calling and Messaging System performs a method of

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY., STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

routing communications in a communication system comprising the Amazon Server(s). A first participant device is connected to the Internet and associated with a first participant. A second participant device is associated with a second participant.):

- in response to initiation of the communication by the first participant device, receiving, by a controller comprising at least one processor, over an Internet protocol (IP) network a first participant identifier and a second participant identifier (e.g., a call or message is initiated by the user of the Amazon Alexa Calling Device (i.e., the first participant) entering information identifying the receiver (i.e., the second participant identifier), which may include an Amazon Alexa Calling Device identifier (ID) or other ID of the second participant, such as the phone number. The Amazon Alexa Calling and Messaging System receives a first participant ID and a second participant ID over an IP network in response to initiation of the call or message by the first participant device, which is an Amazon Alexa Calling and Messaging subscriber device. The Amazon Alexa Calling and Messaging System comprises one or more Amazon Servers, constituting a controller, which comprise at least one processor.);

- causing the at least one processor to access at least one database comprising user profiles using the first participant identifier, each user profile comprising a respective plurality of attributes for a respective user, to locate a user profile for the first participant including a plurality of first participant attributes (e.g., one or more Amazon Servers locate(s) a first participant profile using the first participant ID from a database storing

user profiles. The first participant profile contains a plurality of attributes associated with the first participant. A profile including attributes includes information used in the classification of a call or message, such as settings stored within the Amazon Alexa Calling and Messaging System, and/or information obtained regarding the connection of the caller device to the network, such as the specific user's Amazon Alexa Calling Device. Other attributes associated with the caller may include the caller's contact list obtained from the caller's Amazon Alexa Calling Device app that is used to initially enable Alexa Calling and Messaging, or the caller's address book as set up by an administrator.);

- comparing at least a portion of the second participant identifier, using the at least one processor, with at least one of the plurality of first participant attributes obtained from the user profile for the first participant (e.g., the Amazon Alexa Calling and Messaging System compares at least one of the attributes of the sender profile, for example, the first participant's contact list contents (which it has access to) or the first participant's address book, to at least a portion of the second participant identifier, for example, a name that represents the second participant identifier.);

- causing the at least one processor to access the at least one database to search for a user profile for the second participant (e.g., a database of Amazon Alexa Calling and Messaging System subscribers is searched to determine whether or not the second participant is a subscriber having a user profile in the system.);

- classifying the communication, based on the comparing, as a system

communication or an external network communication, using the at least one processor (e.g., the Amazon Alexa Calling and Messaging System classifies the communication using the at least one processor, based on the comparing step, as either an Amazon Alexa Calling and Messaging System communication or a PSTN communication.);

- when the communication is classified as a system communication, producing a system routing message identifying an Internet address of a communication system node associated with the second participant device based on the user profile for the second participant, using the at least one processor, wherein the system routing message causes the communication to be established to the second participant device (e.g., if the communication is classified as a system communication, a network routing message is produced, using the at least one processor, identifying an address in the Amazon Alexa Calling and Messaging System associated with the second participant's device. Unless otherwise blocked, the system routing message causes the Amazon Alexa Calling and Messaging System to establish a communication to the second participant device. In the case of a call, the second participant device is notified of an incoming call. In the case of a voice message, the second participant device is notified of a message.); and

- when the communication is classified as an external network communication, producing an external network routing message identifying an Internet address associated with a gateway to an external network, using the at least one processor, wherein the external network

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

21

routing message causes the communication to the second participant device to be established using the gateway to the external network (e.g., if the communication is classified as an external communication, an external network routing message is produced that identifies an Internet address associated with a gateway to the PSTN. Unless otherwise blocked, the system routing message causes the Amazon Alexa Calling and Messaging System to determine a gateway to the PSTN and to establish a communication to the second participant device. In the case of a voice message to an external device, a cellular phone associated with the first participant is used to send an SMS message containing the transcribed message and a link to the audio message over a cellular network.).

42.   On information and belief, Defendants have had knowledge of the '330 Patent since at least April 12, 2018 when VoIP-Pal issued a press release announcing the issuance of the '330 Patent, and also by written correspondence dated June 11, 2018, identifying and enclosing the Patents-in-Suit.

43.   Despite its knowledge and notice of the '330 Patent and its infringement of that patent, Defendants have continued to make, use, sell and offer to sell the '330 Accused Instrumentalities in the United States. Accordingly, Defendants' infringement has been and continues to be willful.

44.   Defendants have induced infringement, and continue to induce infringement, of one or more claims of the '330 Patent under 35 U.S.C. § 271(b). Defendants actively, knowingly, and intentionally induced, and continue to actively, knowingly and intentionally induce infringement of the '330 Patent by selling or otherwise making available and/or supplying the '330 Accused Instrumentalities; with the knowledge and intent that third parties will use the '330

Accused Instrumentalities supplied by Defendants to infringe the '330 Patent; and with the knowledge and intent to encourage and facilitate third party infringement through the dissemination or application of the '330 Accused Instrumentalities and/or the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the '330 Accused Instrumentalities.

45. Defendants specifically intended and were aware that the ordinary and customary use of the '330 Accused Instrumentalities would infringe the '330 Patent. For example, Defendants sell, use, make available and provide the '330 Accused Instrumentalities, which when used in their ordinary and customary manner intended by Defendants, infringe one or more claims of the '330 Patent, including at least exemplary claim 1. Upon information and belief, Defendants further provide product manuals, software development kits (SDK), application programming interfaces (API), code samples, hardware reference designs and other technical information that cause Defendants' customers and other third parties to use and to operate the '330 Accused Instrumentalities for their ordinary and customary use. Defendants' customers and other third parties have directly infringed the '330 Patent, including at least exemplary claim 1, through the normal and customary use of the '330 Accused Instrumentalities. By providing instruction and training to customers and other third parties on how to use the '330 Accused Instrumentalities in an infringing manner, Defendants specifically intended to induce infringement of the '330 Patent, including at least exemplary claim 1. Defendants accordingly have induced and continue to induce Defendants' customers, third parties and other users of the '330 Accused Instrumentalities in their ordinary and customary way to infringe the '330 Patent, knowing, or at least being willfully blind to the fact, that such use constitutes infringement of the '330 Patent.

46. VoIP-Pal has been and continues to be damaged by Defendants' infringement of

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY., STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

the '330 Patent.

47.    Defendants' conduct in infringing the '330 Patent renders this case exceptional within the meaning of 35 U.S.C. § 285.

## COUNT III

### Infringement Of The '002 Patent

### (against all Defendants)

48.    Paragraphs 1 through 47 are incorporated by reference as if fully stated herein.

49.    Defendants, either alone or in conjunction with others, have infringed and continue to infringe, both directly and indirectly, one or more claims of the '002 Patent, including at least exemplary claim 1, under 35 U.S.C. § 271, either literally and/or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States at least certain methods, apparatuses, products and services used for communication, including, without limitation, the Amazon Alexa Calling and Messaging System, Amazon Alexa Calling Devices, Amazon Alexa software and/or methods employed thereby (collectively, "the '002 Accused Instrumentalities").

50.    For example, Defendants infringe exemplary claim 1 of the '002 Patent by making, using, offering to sell, selling and/or importing into the United States at least the '002 Accused Instrumentalities, which '002 Accused Instrumentalities comprise a method for routing a communication in a system:

- between an Internet-connected first participant device associated with a first participant and a second participant device associated with a second participant, the method comprising (e.g., The Amazon Alexa Calling and Messaging System is a system that allows Amazon Alexa Calling Devices to place calls and send voice and text messages to other users. Amazon

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

24

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

Alexa Calling and Messaging allows calling and messaging to registered devices anywhere in the world, and to devices on the PSTN within the United States, Canada and Mexico for voice calls and over SMS to any destination with an associated cellular device. The Amazon Alexa Calling and Messaging system performs a method of routing communications in a system comprising an Amazon Server network.  The first participant has a registered and subscribed Amazon Alexa Calling Device.  A second participant device may be a registered and subscribed Amazon Alexa Calling Device, or it may be a telephone accessible over the PSTN including cellular devices. Amazon Alexa Calling and Messaging allows Amazon Alexa Calling Devices to make calls and send messages including text, audio, video and images to other users (i.e., second participants).):

- in response to initiation of the communication by the first participant device, receiving, by a controller comprising at least one processor, over an Internet protocol (IP) network a first participant identifier and a second participant identifier, the second participant identifier being associated with the second participant device (e.g., A call or message is initiated by the user of the Amazon Alexa Calling Device (i.e., the first participant) entering information identifying the receiver (i.e., the second participant identifier), which may include an Amazon Alexa Calling Device identifier (ID) or other ID of the second participant, such as a phone number. The Amazon Alexa Calling and Messaging System receives a first participant ID and a second participant ID over an IP network in response to initiation

ALVERSON, TAYLOR, MORTENSEN & SANDERS

LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

of a call or message by the first participant device, which is an Amazon Alexa Calling and Messaging subscriber device. The Amazon Alexa Calling and Messaging System may include one or more Amazon Servers, constituting a controller comprising at least one processor.);

- causing the at least one processor to access a database comprising user profiles, using the first participant identifier, each user profile associating a respective plurality of attributes with a respective user, to locate a plurality of first participant attributes (e.g., One or more Amazon Servers locate(s) a first participant profile, using the first participant ID, from a database storing user profiles.  The first participant profile associates a plurality of attributes with the first participant. The profile includes information used in the classification of a call or message, such as settings stored within the Amazon Alexa Calling and Messaging System, and/or information obtained regarding the connection of the caller device to the network, such as the specific user's Amazon Alexa Calling Device. Other attributes associated with the caller may include the caller's contact list obtained from the caller's Amazon Alexa Calling Device app that is used to initially enable Alexa Calling and Messaging, or the caller's address book as set up by an administrator.);

- processing the second participant identifier, using the at least one processor, based on at least one of the plurality of first participant attributes obtained from a user profile for the first participant, to produce a new second participant identifier (e.g., The Amazon Alexa Calling and Messaging System processes the receiver ID, using the at least one

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

processor, based on at least one of the one or more attributes from the caller/sender profile, to produce a new receiver ID.  For example, if the second participant identifier is the name of the second participant, and the first participant's attributes do not indicate that the second participant is an Amazon Alexa Calling and Messaging System subscriber, then, the new second participant identifier may be the second participant's phone number.  Alternatively, if the second participant identifier identifies an Amazon Alexa Calling and Messaging System subscriber, then the new second participant identifier may be the user's internal Amazon Alexa Calling Device identifier.  Also, the processing of a new second participant identifier may be based on access to the second participant's device not being blocked. Another example of the first participant's attributes being used to determine a new second participant identifier may involve the use of the first participant's attributes to interpret the second participant's identifier.  For example, if the first participant's attributes indicate that the second participant has an international phone number outside of the US, Canada or Mexico, the new second participant identifier may be processed as a "Blocked Number".  Additionally, in the case of a voice message to the PSTN, if there is no associated cellular device configured to send SMS messages, the sending of the message will fail.);

- classifying the communication, based on the new second participant identifier, as a system communication or an external network communication, using the at least one processor (e.g., The Amazon Alexa Calling and Messaging System allows calls to be made and voice

27

messages to be sent either within the Amazon Alexa Calling and Messaging System or as an external network communication. The Amazon Alexa Calling and Messaging System classifies the communication, using the at least one processor, based on the new second participant identifier as either an Amazon Alexa Calling and Messaging System call or an external network communication. The Amazon Alexa Calling and Messaging System classifies the call using the Amazon Server(s) as a system communication, such as when the processing to produce the new second participant identifier indicates that at least the second participant device is an Amazon Alexa Calling Device, or classifies it as an external network communication (e.g., PSTN call), such as when the processing to produce the new second participant identifier indicates that the second participant device is not an Amazon Alexa Calling Device.);

- when the communication is classified as a system communication, producing a system routing message identifying an Internet address associated with the second participant device, using the at least one processor, wherein the system routing message causes the communication to be established to the second participant device (e.g., when the communication is classified as a system communication, a network routing message is produced, using at least one processor in one or more Amazon Server(s) of the Amazon Alexa Calling and Messaging System, identifying an address in the Amazon Alexa Calling and Messaging System associated with the second participant device. In the case of a call,

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

the second participant device is notified of an incoming call.  In the case of a voice message, the second participant device is notified of a message.); and

- when the communication is classified as an external network communication, producing an external network routing message identifying an Internet address associated with a gateway to an external network, using the at least one processor, wherein the external network routing message causes the communication to the second participant device to be established using the gateway to the external network (e.g., when the communication is classified as an external communication, an external network routing message is produced, using the at least one processor in the Amazon Alexa Calling and Messaging System, identifying an address outside of the Amazon Alexa Calling and Messaging System (e.g., a telephone number for the second participant device, or alternatively, an address of a gateway to the PSTN). The identified address outside of the Amazon Alexa Calling and Messaging System is an address associated with a gateway to a network outside of the Amazon Alexa Calling and Messaging System, e.g., the PSTN telephone network. In the case of a voice or audio message to an external device, a cellular phone associated with the first participant is used to send an SMS message containing the transcribed message and a link to the voice or audio message, over a cellular network.).

51.     On information and belief, Defendants have had knowledge of the '002 Patent since at least April 12, 2018 when VoIP-Pal issued a press release announcing the issuance of the

29

'002 Patent, and also by written correspondence dated June 11, 2018, identifying and enclosing the Patents-in-Suit.

52.      Despite its knowledge and notice of the '002 Patent and its infringement of that patent, Defendants have continued to make, use, sell and offer to sell the '002 Accused Instrumentalities in the United States. Accordingly, Defendants' infringement has been and continues to be willful.

53.      Defendants have induced infringement, and continue to induce infringement, of one or more claims of the '002 Patent under 35 U.S.C. § 271(b). Defendants actively, knowingly, and intentionally induced, and continue to actively, knowingly and intentionally induce infringement of the '002 Patent by selling or otherwise making available and/or supplying the '002 Accused Instrumentalities; with the knowledge and intent that third parties will use the '002 Accused Instrumentalities supplied by Defendants to infringe the '002 Patent; and with the knowledge and intent to encourage and facilitate third party infringement through the dissemination or application of the '002 Accused Instrumentalities and/or the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the '002 Accused Instrumentalities.

54.      Defendants specifically intended and were aware that the ordinary and customary use of the '002 Accused Instrumentalities would infringe the '002 Patent. For example, Defendants sell, use, make available and provide the '002 Accused Instrumentalities, which when used in their ordinary and customary manner intended by Defendants, infringe one or more claims of the '002 Patent, including at least exemplary claim 1.  Upon information and belief, Defendants further provide product manuals, software development kits (SDK), application programming interfaces (API), code samples, hardware reference designs and other technical information that cause Defendants' customers and other third parties to use and to operate the

'002 Accused Instrumentalities for their ordinary and customary use. Defendants' customers and other third parties have directly infringed the '002 Patent, including at least exemplary claim 1, through the normal and customary use of the '002 Accused Instrumentalities. By providing instruction and training to customers and other third parties on how to use the '002 Accused Instrumentalities in an infringing manner, Defendants specifically intended to induce infringement of the '002 Patent, including at least exemplary claim 1. Defendants accordingly have induced and continue to induce Defendants' customers, third parties and other users of the '002 Accused Instrumentalities in their ordinary and customary way to infringe the '002 Patent, knowing, or at least being willfully blind to the fact, that such use constitutes infringement of the '002 Patent.

55.     VoIP-Pal has been and continues to be damaged by Defendants' infringement of the '002 Patent.

56.     Defendants' conduct in infringing the '002 Patent renders this case exceptional within the meaning of 35 U.S.C. § 285.

<u>**COUNT IV**</u>

**Infringement Of The '549 Patent**

**(against all Defendants)**

57.     Paragraphs 1 through 56 are incorporated by reference as if fully stated herein.

58.     Defendants, either alone or in conjunction with others, have infringed and continue to infringe, both directly and indirectly, one or more claims of the '549 Patent, including at least exemplary claim 1, under 35 U.S.C. § 271, either literally and/or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States at least certain methods, apparatuses, products and services used for communication, including, without limitation, the Amazon Alexa Calling and Messaging System, Amazon Alexa Calling

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY., STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

Devices, Amazon Alexa software and/or methods employed thereby (collectively, "the '549 Accused Instrumentalities").

59.     For example, Defendants infringe exemplary claim 1 of the '549 Patent by making, using, offering to sell, selling and/or importing into the United States at least the '549 Accused Instrumentalities, which '549 Accused Instrumentalities comprise a method for routing a communication in a system:

- between an Internet-connected first participant device associated with a first participant and a second participant device associated with a second participant, the method comprising (e.g., The Amazon Alexa Calling and Messaging System is a system that allows Amazon Alexa Calling Devices to place calls and send voice and text messages to other users.  Amazon Alexa Calling and Messaging allows calling and messaging to registered devices anywhere in the world, and to devices on the PSTN within the United States, Canada and Mexico for voice calls and over SMS to any destination with an associated cellular device. The Amazon Alexa Calling and Messaging system performs a method of routing communications in a system comprising the Amazon Server network.  The first participant may be a registered and subscribed Amazon Alexa Calling Device.  A second participant device may be a registered and subscribed Amazon Alexa Calling Device, or it may be a telephone accessible over the PSTN including cellular devices. Amazon Alexa Calling and Messaging allows Amazon Alexa Calling Devices to make calls and send messages including text, audio, video and images to other users (i.e., second participants).):

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY., STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY., STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

- causing at least one processor to access at least one memory storing a first participant profile identifying at least one first participant attribute (e.g., one or more Amazon Servers access at least one memory storing a first participant profile.  The first participant profile identifies at least one first participant attribute.  A first participant profile or attribute includes information used in processing the second participant identifier or in the classification of a call or message, such as settings stored within the Amazon Alexa Calling and Messaging System, and/or information obtained regarding the connection of the caller device to the network, such as the specific user's Amazon Alexa Calling Device.  Other attributes associated with the caller may include the caller's contact list obtained from the caller's Amazon Alexa Calling Device app that is used to initially enable Alexa Calling and Messaging, or the caller's address book as set up by an administrator.);

- receiving, by the at least one processor, a second participant identifier inputted by the first participant using the first participant device to initiate a communication, the second participant identifier being associated with the second participant device (e.g., The Amazon Alexa Calling and Messaging System receives a second participant ID upon initiation of a call or message by the first participant device, which is an Amazon Alexa Calling and Messaging subscriber device.   The second participant identifier is associated with the called party's device.);

- processing the second participant identifier, based on the at least one first participant attribute obtained from the first participant profile, to produce a

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

new second participant identifier (e.g., The Amazon Alexa Calling and Messaging System processes the second participant ID based on at least one attribute from the caller/sender profile, to produce a new receiver/recipient ID.  For example, if the second participant identifier is the name of the second participant, and processing of the second participant identifier based on the first participant's attributes indicates that the second participant is not an Amazon Alexa Calling and Messaging System subscriber, then, the new second participant identifier will be its phone number.  Alternatively, if processing of the second participant identifier identifies an Amazon Alexa Calling and Messaging System subscriber, then the new second participant identifier may be the user's internal Amazon Alexa Calling Device identifier.  Also, the processing of a new second participant identifier may be based on the second participant's device not being blocked. Another example of the first participant's attributes being used to determine a new second participant identifier may involve the use of the first participant's attributes to interpret the second participant's identifier.  For example, if processing based on a first participant attribute indicates that the second participant has an international phone number outside of the US, Canada or Mexico, the new second participant identifier may be processed as a "Blocked Number". Additionally, in the case of a voice message to the PSTN, if there is no associated cellular device configured to send SMS messages, the sending of the message will fail.);

- classifying the communication as a system communication or an external

network communication (e.g., The Amazon Alexa Calling and Messaging System allows calls to be made and voice messages to be sent within the Amazon Alexa Calling and Messaging System or as an external network communication. The Amazon Alexa Calling and Messaging System classifies the communication as an Amazon Alexa Calling and Messaging System call or an external network communication. For example, the Amazon Alexa Calling and Messaging System classifies the call using the Amazon Server(s) as a system communication when the second participant device is an Amazon Alexa Calling Device, and classifies it as a PSTN call (i.e., an "external network communication") when the receiver/recipient device is not an Amazon Alexa Calling Device.);

- when the communication is classified as a system communication, producing a system routing message, based on the new second participant identifier, that identifies an Internet Protocol (IP) address of a network element through which the communication is to be routed thereby causing the communication to be established to the second participant device (e.g., when the communication is classified as a system communication, a system routing message is produced identifying an IP address of a network element in the Amazon Alexa Calling and Messaging System through which routing occurs to the second participant device. In the case of a call, the second participant device is notified of an incoming call. In the case of a voice message, the second participant device is notified of a message.); and

- when the communication is classified as an external network

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

35

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY, STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

communication, producing an external network routing message, based on the new second participant identifier, that identifies an address associated with a gateway to an external network thereby causing the communication to the second participant device to be established by use of the gateway to the external network (e.g., when the communication is classified as an external network communication, an external network routing message is produced identifying an address outside of the Amazon Alexa Calling and Messaging System (e.g., a telephone number for the second participant device, or alternatively, an address of a gateway to the PSTN). The identified address outside of the Amazon Alexa Calling and Messaging System is an address associated with a gateway to a network outside of the Amazon Alexa Calling and Messaging System, e.g., the PSTN telephone network.  In the case of a voice message to an external device, a cellular phone associated with the first participant is used to send an SMS message containing the transcribed message and a link to the audio message over a cellular network.).

60.     On information and belief, Defendants have had knowledge of the '549 Patent since at least April 12, 2018 when VoIP-Pal issued a press release announcing the forthcoming issuance of the '549 Patent, and also by written correspondence dated June 11, 2018, identifying and enclosing the Patents-in-Suit.

61.     Despite its knowledge and notice of the '549 Patent and its infringement of that patent, Defendants have continued to make, use, sell and offer to sell the '549 Accused Instrumentalities in the United States. Accordingly, Defendants' infringement has been and continues to be willful.

62.     Defendants have induced infringement, and continue to induce infringement, of one or more claims of the '549 Patent under 35 U.S.C. § 271(b). Defendants actively, knowingly, and intentionally induced, and continue to actively, knowingly and intentionally induce infringement of the '549 Patent by selling or otherwise making available and/or supplying the '549 Accused Instrumentalities; with the knowledge and intent that third parties will use the '549 Accused Instrumentalities supplied by Defendants to infringe the '549 Patent; and with the knowledge and intent to encourage and facilitate third party infringement through the dissemination or application of the '549 Accused Instrumentalities and/or the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the '549 Accused Instrumentalities.

63.     Defendants specifically intended and were aware that the ordinary and customary use of the '549 Accused Instrumentalities would infringe the '549 Patent. For example, Defendants sell, use, make available and provide the '549 Accused Instrumentalities, which when used in their ordinary and customary manner intended by Defendants, infringe one or more claims of the '549 Patent, including at least exemplary claim 1.  Upon information and belief, Defendants further provide product manuals, software development kits (SDK), application programming interfaces (API), code samples, hardware reference designs and other technical information that cause Defendants' customers and other third parties to use and to operate the '549 Accused Instrumentalities for their ordinary and customary use. Defendants' customers and other third parties have directly infringed the '549 Patent, including at least exemplary claim 1, through the normal and customary use of the '549 Accused Instrumentalities. By providing instruction and training to customers and other third parties on how to use the '549 Accused Instrumentalities in an infringing manner, Defendants specifically intended to induce infringement of the '549 Patent, including at least exemplary claim 1. Defendants accordingly

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY., STE. 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

have induced and continue to induce Defendants' customers, third parties and other users of the '549 Accused Instrumentalities in their ordinary and customary way to infringe the '549 Patent, knowing, or at least being willfully blind to the fact, that such use constitutes infringement of the '549 Patent.

64.     VoIP-Pal has been and continues to be damaged by Defendants' infringement of the '549 Patent.

65.     Defendants' conduct in infringing the '549 Patent renders this case exceptional within the meaning of 35 U.S.C. § 285.

## PRAYER FOR RELIEF

66.     WHEREFORE, VoIP-Pal respectfully requests that this Court enter judgment against Defendants as follows:

A.     That Defendants have infringed the Patents-In-Suit;

B.     That VoIP-Pal be awarded damages adequate to compensate VoIP-Pal for Defendants' past infringement and any continuing and future infringement up until the date such judgment is entered, including pre- and post-judgment interests, costs, disbursements as justified under 35 U.S.C. § 284;

C.     That any award of damages be enhanced under 35 U.S.C. § 284 as a result of Defendants' willful infringement;

D.     That this case be declared an exceptional case within the meaning of 35 U.S.C. § 285 and that VoIP-Pal be awarded reasonable attorney fees;

E.     A judgment requiring that VoIP-Pal be awarded a compulsory ongoing licensing fee or reasonable royalty; and

F.     That VoIP-Pal be awarded such other and further relief at law or equity as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff VoIP-Pal demands a trial by jury on all claims and issues so triable.

DATED this 15th day of June, 2018.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

_____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149

*Attorneys for Plaintiff*
*VoIP-Pal.com, Inc.*

Of Counsel:

MALEK MOSS PLLC
KEVIN N. MALEK, ESQ.
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com