1  Counsel listed on the signature page.

2
3
4
5
6
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

| | |
|---|---|
| VOIP-PAL.COM, INC., a Nevada corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>                Defendant. | Case No. 5:18-cv-06216-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: September 19, 2019<br>Time: 1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |
| VOIP-PAL.COM, INC., a Nevada corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation; AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>                Defendants. | Case No. 5:18-cv-07020-LHK |

1

In accordance with Civil L.R. 16-10(d) and the Court's May 22, 2019 Case Management Order, Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") and Defendants Apple Inc. ("Apple") and Amazon.com, Inc. and Amazon Technologies, Inc. ("Amazon") submit this Joint Case Management Statement in advance of the Case Management Conference scheduled for September 19, 2019. This Joint Case Management Statement addresses relevant updates since the parties' May 15, 2019 Joint Case Management Statement. (*See* Case No. 5:18-cv-06216 ("Apple Action"), ECF No. 79; Case No. 5:18-cv-07020 ("Amazon Action"), ECF No. 58; also attached hereto as Exhibit A.)

### 1. Pending Motions

Amazon and Apple's joint motion to dismiss VoIP-Pal's First Amended Complaints is fully briefed.[1]  The motion contends that VoIP-Pal's First Amended Complaints should be dismissed in their entirety because the asserted patents fail to comply with 35 U.S.C. § 101.  Apple and Amazon filed their joint motion to dismiss on June 5, 2019. (Apple Action, ECF No. 89.) On June 20, 2019, VoIP-Pal filed its corrected opposition to Defendants' motion to dismiss. (Apple Action, ECF No. 91.) Amazon and Apple filed their joint reply in support of their motion to dismiss on June 26, 2019. (Apple Action, ECF No. 92.)

On August 26, 2019, VoIP-Pal filed an administrative motion requesting leave to file a supplemental brief in further opposition to Defendants' motion to dismiss. (Apple Action, ECF No. 96.) Amazon and Apple filed their joint opposition to VoIP-Pal's administrative motion on August 29, 2019. (Apple Action, ECF No. 97.)

### 2. Claim Construction

The parties have fully briefed claim construction. VoIP-Pal filed its Opening Claim Construction brief on July 15, 2019. (Apple Action, ECF No. 93.) Amazon and Apple filed their joint Responsive Claim Construction brief on August 2, 2019. (Apple Action, ECF No. 94.) On August 9, 2019, VoIP-Pal filed its Reply Claim Construction brief. (Apple Action, ECF No. 95.) A claim construction hearing is set for September 19, 2019. (*See* Apple Action, ECF No. 85.)

---

[1] Following leave of the Court, VoIP-Pal filed its first amended complaint against Apple and Amazon on May 17, 2019. (Apple Action, ECF No. 81; Amazon Action, ECF No. 61.)

The resolution of certain claim construction disputes are potentially case-dispositive; specifically, Defendants contend, *inter alia*, that each of the asserted claims are invalid as indefinite. (*See* Apple Action, ECF No. 94 at 4–9.)

The parties do not intend to present live testimony during the Claim Construction Hearing. (Apple Action, ECF No. 82 at 3.)

In lieu of a technology tutorial, the parties propose that they address any questions the Court may have regarding the subject matter of the Patents-in-Suit during the Claim Construction Hearing.

### 3. ADR Update

#### a. The Apple Action

Pursuant to ADR L.R. 3-5, the parties and counsel have reviewed the Court's ADR handbook, discussed the available ADR procedures, and considered whether this case would benefit from an ADR procedure. Based on that discussion, the parties intend to stipulate to an ADR process at an appropriate time.

Apple believes that ADR would not be productive until the Court's ruling on Defendants' motion to dismiss and/or the Court's claim construction ruling, either one of which could resolve the case in its entirety.

#### b. The Amazon Action

As required by ADR L.R. 3-5, the Parties have reviewed the Court's ADR handbook, discussed the available ADR procedures, and considered whether this case would benefit from an ADR procedure. Based on that discussion, the parties intend to stipulate to an ADR process at an appropriate time.

Amazon believes that ADR would not be productive until the Court rules on Defendants' motion to dismiss and/or claim construction, either one of which could resolve the case in its entirety.

### 4. Discovery

On June 27, 2019, both Apple and Amazon served their respective Responsive Damages Contentions. To date, none of the parties have noticed any depositions.

### 5. Related Cases

#### a. IPR Petitions

Apple filed IPR petitions on all Patents-in-Suit on May 13, 2019. Those proceedings are captioned IPR2019-01003, IPR2019-01006, IPR2019-01008, and IPR2019-01009. The PTAB issued notices of filing date on May 23, 2019 for each petition. VoIP-Pal filed its responses to the petitions on August 23, 2019. The PTAB must decide whether to institute review in each of these proceedings on or before November 23, 2019.

#### b. Appeal of Related Cases Dismissed By This Court

The Apple Action and Amazon Action are related to cases that have been dismissed by this Court, including *VoIP-Pal.com, Inc. v. Apple Inc*., Case No. 5:18-cv-06217-LHK (N.D. Cal.) (the "Related Apple Action"). (Related Apple Action, ECF No. 67.) The Court granted Apple's motions to dismiss on March 25, 2019 and entered judgment in favor of the defendants. (Related Apple Action, ECF No. 96.) VoIP-Pal filed a notice of appeal in the First Apple Action on April 24, 2019. (Related Apple Action, ECF No. 100.) VoIP-Pal filed its opening appellant's brief before the Court of Appeals for the Federal Circuit on July 9, 2019 (lead case captioned No. 19-1808). Appellees, including Apple, filed their appellees' brief on August 5, 2019.

### 6. Scheduling

The Court set a schedule for the Apple Action and the Amazon Action in its May 22, 2019 Case Management Order. (Apple Action, ECF No. 85.) Fact discovery closes on December 6, 2019. (*Id.*) The Court has set subsequent case deadlines up until a May 21, 2020 hearing on *Daubert* motions and dispositive motions. (*Id.*) Defendants do not believe that further case deadlines need to be set at this time.

Dated: September 12, 2019
MALEK MOSS PLLC

/s/   Kevin N. Malek
Kevin N. Malek (*pro hac vice*)
340 Madison Avenue, Floor 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

CARLSON & MESSER LLP
David Kaminski
J. Grace Felipe
5901 W. Century Boulevard Suite 1200
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222
kaminskid@cmtlaw.com felipeg@cmtlaw.com

*Attorneys for Plaintiff VoIP-Pal.Com, Inc.*

DESMARAIS LLP

/s/ Ameet A. Modi
John M. Desmarais (SBN 320875)
Ameet A. Modi (*pro hac vice*)
Robert C. Harrits (*pro hac vice*)
Michael J.X. Matulewicz-Crowley (*pro hac vice*)
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jdesmarais@desmaraisllp.com
amodi@desmaraisllp.com
rharrits@desmaraisllp.com
mmatuewicz-crowley@desmaraisllp.com

Peter C. Magic (SBN 278917)
101 California Street, Suite 3070
San Francisco, CA 94111
pmagic@desmaraisllp.com

*Attorneys for Defendant Apple Inc.*

PERKINS COIE LLP

/s/   Daniel T. Shvodian
Daniel T. Shvodian (SBN 184576)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4489
DShvodian@perkinscoie.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon Technologies, Inc.*

**ATTESTATION**

I, Kevin N. Malek, hereby attest that concurrence in the filing of this document has been obtained from counsel for all of the applicable Defendants for whom signatures have been provided.

By: /s/   Kevin N. Malek