United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| VOIP-PAL.COM, INC., | Case No. 18-CV-06216-LHK |
| Plaintiff, | **ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |
| v. | |
| APPLE INC, | Re: Dkt. No. 74 |
| Defendant. | |
| VOIP-PAL.COM, INC., | Case No. 18-CV-07020-LHK |
| Plaintiff, | |
| v. | |
| AMAZON.COM, INC, and AMAZON TECHNOLOGIES, INC. | |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On June 5, 2019, Defendants Apple Inc., Amazon.com, Inc., and Amazon Technologies, Inc. (collectively, "Defendants") filed consolidated motions to dismiss the instant case based upon 35 U.S.C. § 101.  ECF No. 67[1]; Case No. 18-CV-06216, ECF No. 89 (collectively, "Def. Cons.

---

[1] All references to the docket refer to Case No. 5:18-CV-07020 unless otherwise specified.

1

Case No. 18-CV-07020-LHK
ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

1    Mot. to Dismiss").  The motion has been fully briefed since the end of June: Plaintiff VoIP-

2    Pal.com, Inc. ("Plaintiff") filed a consolidated opposition on June 20, 2019, ECF No. 69, and

3    Defendants replied on June 26, 2019, ECF No. 70.  The hearing on the motion to dismiss was

4    scheduled for September 5, 2019.

5           Then, on August 26, 2019, Plaintiff filed a motion for leave to file a supplemental brief in

6    further opposition to Defendants' consolidated motion to dismiss.  ECF No. 74 ("Mot. for

7    Leave").  Defendants opposed the motion.  ECF. No. 75.  For the following reasons, the Court

8    DENIES the motion for leave to file a supplemental brief.

9           Plaintiff contends that "[g]ood cause exists for granting this motion because VoIP-Pal has

10   discovered information material to the resolution of Defendants [sic] Motion to Dismiss."  Mot.

11   for Leave at 2.  Specifically, Plaintiff claims that Defendant Apple Inc. "took positions and made

12   arguments" in four petitions for *inter partes review* before the United States Patent and Trademark

13   Office ("USPTO") that are "inconsistent and contradictory to what Apple has argued to this Court

14   in its Motion to Dismiss."  *Id.* at 3.

15          Yet, as Plaintiff admits, Apple Inc. filed the petitions for *inter partes review* on May 13,

16   2019, which was more than one month before Plaintiff filed its consolidated opposition on June

17   20, 2019.[2]  Mot. for Leave at 2.  Even though Plaintiff's supplemental brief is based on

18   information to which Plaintiff had access since May 2019, Plaintiff waited more than three months

19   to file its motion for leave on August 26, 2019—10 days before the scheduled hearing on the

20   motion to dismiss.

21          Plaintiff contends that it only "discovered" Apple Inc.'s arguments in the May 13, 2019

22   petitions for *inter partes review* on August 23, 2019, the day Plaintiff's responses to the petitions

23

24   _____

25   [2] Even if Plaintiff were to claim that its supplemental brief responds to alleged "new evidence" in
     Defendants' June 26, 2019 reply, Plaintiff was required to file an Objection to Reply Evidence
     within 7 days after Defendants filed their reply.  *See* Civil L.R. 7-3(d)(1) ("If new evidence has
26   been submitted in the reply, the opposing party may file an Objection to Reply Evidence . . . not
     more than 7 days after the reply was filed.").  Here, 7 days after Defendants filed the reply was
27   July 3, 2019.  Plaintiff has no excuse for waiting until August 26, 2019 to file its supplemental
     brief.

28
Case No. 18-CV-07020-LHK
ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

United States District Court
Northern District of California

1   were due.  Mot. for Leave at 3.  However, the parties describe Apple Inc.'s May 13, 2019 petitions

2   for *inter partes review* in their May 15, 2019 joint case management statement.  ECF No. 58.

3   Plaintiff was therefore fully aware of Apple's petitions and has failed to demonstrate due diligence

4   or good cause for its untimely supplemental brief.

5        Accordingly, the Court DENIES the motion for leave to file a supplemental brief.

6   **IT IS SO ORDERED.**

7

8   Dated: October 14, 2019

9   _Lucy H. Koh_
    _____

10  LUCY H. KOH
    United States District Judge

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. 18-CV-07020-LHK
ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF